# UNITED STATES DISTRICT COURT
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

July 31, 2009

Dennis J. Weaver, Clerk
Circuit Court for Washington County
95 W. Washington St.
Hagerstown, MD 21740

**ATTN:      Clerk's Office**

**RE:        REMAND TO CIRCUIT COURT WASHINGTON COUNTY**

   **U.S. District Court, District of Arizona Case Number:
   CV 08-2027-PHX-MHM**

   **Circuit Court of Washington County Case Number:
   21-C-08-30505-CN**

Dear Mr. Weaver:

Enclosed is a certified copy of the Order entered in this Court on

**July 24, 2009** remanding the above case to Circuit Court of

Washington County for the State of Maryland.

                              Sincerely,

                              RICHARD H. WEARE, DCE/CLERK OF COURT

                              s/M. Pruneau
                              Deputy Clerk

Enclosure
cc : All Counsel of Record